UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____22-8337-BER_____

UNITED STATES OF AMERICA

v.

MARIEL TOLLINCHI,

Defendant.
_____/

FILED BY ____ D.C.
AUG 08 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Complaint in this matter, due to the arrest and scheduled Initial Appearance of the defendant.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Dated: August 8, 2022     By:  s/ *A. Marie Villafaña*
                              A. MARIE VILLAFAÑA
                              ASSISTANT UNITED STATES ATTORNEY
                              500 S. Australian Ave, Ste 400
                              West Palm Beach, FL 33401
                              (561) 820-8711
                              Fax: (561) 820-8777
                              ann.marie.villafana@usdoj.gov