

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-8337-BER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Marrel Tollinchi, Defendant,

COMES NOW David Tucker and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David Tucker

Counsel's Signature: _____

Address (include City/State/Zip Code): 2333 Brickell Ave Suite A-1, Miami, FL 33129

Telephone: 305-798-5922      Florida Bar Number: 406023

Date: 8/09/22